**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHERYL THOMAS, | ) | |
| | ) | CASE NO. 1:10-cv-01777 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is AFFIRMED and judgment is entered in favor of the defendant.

IT IS SO ORDERED.

s/ Greg White
United States Magistrate Judge

Dated: September 26, 2011